
admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

4.      The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5.      The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6.      Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7.      **The $50.00 fee for admission *pro hac vice* is enclosed.**  (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

Respectfully submitted,

MOVANT

_____
Signature

  Steven E. Tiller
_____
Printed Name

  Whiteford, Taylor & Preston
_____
Firm
  7 St. Paul Street
  Baltimore, MD 21202
_____
Address

  410.347.8700
_____
Telephone Number

  410.347.9420
_____
Fax Number

PROPOSED ADMITTEE

_____
Signature

  Larry C. Russ
_____
Printed Name

  Russ, August & Kabat
_____
Firm
  12424 Wilshire Blvd., Suite 1200
  Los Angeles, CA 90025
_____
Address

  310.826.7474
_____
Telephone Number

  310.826.6991
_____
Fax Number

*************************************************************************************

## ORDER

☑ GRANTED          ☐ DENIED

_____7/9/02_____
Date

_____
United States District Judge

FILED _____  ENTERED
_____ LODGED _____ RECEIVED

JUL - 9 2002

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY