

**ORIGINAL**

FEE PAID
#11826569
FEE NOT PAID
(SEND LETTER)

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2002 JUL -5 A II: 20
CLERK'S OFFICE
AT BALTIMORE
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

INTERACT ACCESSORIES, INC.         *

    Plaintiff(s)                              *

vs.                                                   *   Case No.: WMN 02 CV 619

ELECTRO SOURCE, LLC, et al.     *

    Defendant(s)

                       ******

_____ FILED  _____ ENTERED
_____ LODGED _____ RECEIVED

JUL - 9 2002

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

## MOTION FOR ADMISSION *PRO HAC VICE*

I, __Steven E. Tiller__, am a member in good standing of the bar of this Court. My bar number is __11085__. I am moving the admission of __JUDITH L. MEADOW__ to appear *pro hac vice* in this case as counsel for __Defendants__.

We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| United States District Court - Central District California | 1979 |
| United States District Court - Northern District California | 1980 |
| United States District Court - Southern District California | 1981 |
| United States District Court - Eastern District California | 1981 |
| United States District Court - Northern District Illinois | 2002 |
| United States Court of Appeals Ninth Judicial Circuit | 1981 |

2. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court _____ times.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied

U.S. District Court (Rev. 11/29/2001) - Pro Hac Vice                    Page 1 of 2



admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

4.   The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5.   The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6.   Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7.   **The $50.00 fee for admission *pro hac vice* is enclosed.**  (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| /s/ Steven E. Tiller | /s/ Judith L. Meadow |
| Signature | Signature |
| Steven E. Tiller | Judith L. Meadow |
| Printed Name | Printed Name |
| Whiteford, Taylor & Preston | Russ, August & Kabat |
| Firm | Firm |
| 7 St. Paul Street<br>Baltimore, MD 21202 | 12424 Wilshire Blvd., Suite 1200<br>Los Angeles, CA 90025 |
| Address | Address |
| 410.347.8700 | 310.826.7474 |
| Telephone Number | Telephone Number |
| 410.347.9420 | 310.826.6991 |
| Fax Number | Fax Number |

Prid 289088
Plid 109989

____ FILED  ____ ENTERED
____ LODGED ____ RECEIVED

JUL - 9 2002

## ORDER

☑ GRANTED    ☐ DENIED   BY

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
DEPUTY

7/9/02                       /s/ William Nickerson
Date                         United States District Judge

U.S. District Court (Rev. 11/29/2001) - Pro Hac Vice                    Page 2 of 2