IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| INTERACT ACCESSORIES, INC., | * | |
| Plaintiff, | * | Civil Action No. WMN 02 CV 619 |
| vs. | * | |
| ELECTRO SOURCE, LLC and PELICAN ACCESSORIES | * | |
| | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

JOINT MOTION AND STIPULATION
TO MODIFY SCHEDULING ORDER

The parties jointly request the Court to modify the Scheduling Order by extending the schedule by sixty (60) days as set forth on the Interlineated Scheduling Order appended hereto as Exhibit A.

The request is based on a need to accommodate the schedules of counsel.

_____
Jerrold A. Thrope, Bar No.: 01376
Ned T. Himmelrich, Bar No.: 11407
Gordon, Feinblatt, Rothman,
Hoffberger & Hollander, LLC
The Garrett Building
233 East Redwood Street
Baltimore, Maryland 21202
410/576-4295

Attorneys for Plaintiff

_____
Edward M. Buxbaum, Fed. Bar. No. 05015
Steven E. Tiller, Fed. Bar No. 11085
Whiteford, Taylor & Preston L.L.P.
Seven Saint Paul Street
Baltimore, Maryland 21202-1626
410-347-8700

Attorneys for Defendants
Electro Source, LLC and
Pelican Accessories

SO ORDERED this 11th day of July, 2002.

_____
Hon. William M. Nickerson

PLD1697-1166-01

FILED
U.S. DISTRICT COURT
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
2002 MAY 22 A 11: 36

CLERK'S OFFICE
AT BALTIMORE

| | |
|---|---|
| INTERACT ACCESSORIES, INC. | * |
| Plaintiff(s) | |
| | * |
| vs. | Civil Action No. WMN-02-619 |
| | * |
| ELECTRO SOURCE, LLC, et al. | |
| Defendant(s) | * |

\*\*\*\*\*\*

## Amended SCHEDULING ORDER

This scheduling order is being entered pursuant to Local Rule 103.9. **The schedule will not be changed except for good cause.**

### I. DEADLINES

| | |
|---|---|
| Joint request for early settlement/ADR conference (This request will not postpone discovery unless otherwise ordered). | June 4, 2002 |
| Report re deposition hours | June 4, 2002 |
| Initial report whether there is unanimous consent to proceed before a United States Magistrate Judge | June 4, 2002 |
| Moving for joinder of additional parties and amendment of pleadings | July 5, 2002 |
| Plaintiff's Rule 26(a)(2) disclosures re experts | ~~July 22, 2002~~ September 20, 2002 |
| Defendant's Rule 26(a)(2) disclosures re experts | ~~August 19, 2002~~ October 18, 2002 |
| Plaintiff's rebuttal Rule 26(a)(2) disclosures re experts | ~~September 3, 2002~~ November 4, 2002 |

U.S. District Court (Rev. 7/2001) - Scheduling Order,
No Trial Date, setting Dep. Hours

| | | |
|---|---|---|
| Rule 26(e)(2) supplementation of disclosures and responses | ~~September 9, 2002~~ | November 8, 2002 |
| **Discovery deadline; submission of status report** | ~~October 3, 2002~~ | December 2, 2002 |
| Requests for admission | ~~October 10, 2002~~ | December 9, 2002 |
| **Dispositive pretrial motions deadline** | ~~November 4, 2002~~ | January 3, 2003 |

## II. DISCOVERY

### Initial Disclosures

This is an action in which Fed. R. Civ. P. 26(a)(1) disclosures need not be made.

### Discovery Conference

This action is exempted from the requirements of the first sentence of Fed. R. Civ. P. 26(d) and from Fed. R. Civ. P. 26(f). However, you are encouraged to confer with one another immediately in order to (a) identify the issues, (b) set a discovery plan, (c) determine if the case can be resolved before your clients incur further litigation expense and (d) establish a cordial professional relationship among yourselves.

### Procedure

All the provisions of Local Rule 104 apply, including the following:

a. All written discovery requests must be served in time to assure that they are answered before the discovery deadline. An extension of the deadline will not be granted because of unanswered discovery requests.

b. The existence of a discovery dispute as to one matter does not justify delay in taking any other discovery. The filing of a motion to compel or a motion for a protective order will not result in a general extension of the discovery deadline.

c. No discovery materials, including Rule 26(a)(1) and Rule 26(a)(2) disclosures, should be filed with the court. If they are, they will not be returned by the Clerk but will be retained for seven days. Thereafter, unless retrieved by the filing party, they will be destroyed without further notice.

d. Motions to compel shall be filed in accordance with Local Rule 104.8.