**ORIGINAL**

$50 FEE PAID
#1188069
FEE NOT PAID
(SEND LETTER)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT

INTERACT ACCESSORIES, INC.   *
    Plaintiff(s)   *

    vs.   *   Case No.: __WMN 02 CV 619__

ELECTRO SOURCE, LLC, et al.   *
    Defendant(s)
    ******

### MOTION FOR ADMISSION *PRO HAC VICE*

I, __Steven E. Tiller__, am a member in good standing of the bar of this Court. My bar number is __11085__. I am moving the admission of __Joel Goldman, Esquire__ to appear *pro hac vice* in this case as counsel for __Defendants__.

We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| State Bar of California | January 5, 1968 |
| U.S. District Court for the Central District of California | January 5, 1968 |
| U.S. District Court for the Southern District of California | December 2, 1980 |
| U.S. District Court of Colorado | March 26, 2001 |
| U.S. Bankruptcy Court for the District of Nevada | June 5, 2002 |

2. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court __0__ times.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied

admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

4.   The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5.   The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6.   Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7.   **The $50.00 fee for admission *pro hac vice* is enclosed.**  (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

Respectfully submitted,

MOVANT
_____
Signature

Steven E. Tiller
Printed Name

Whiteford, Taylor & Preston
Firm

7 St. Paul Street, Suite 1400
Baltimore, Maryland 21202
Address

410.347.8700
Telephone Number

410.347.9420
Fax Number

PROPOSED ADMITTEE
_____
Signature

Joel Goldman     Prid 29111 4
Printed Name     Plid 109989

Russ, August & Kabat
Firm

12424 Wilshire Blvd., Suite 1200
Los Angeles, California 90025
Address

310.826.7474
Telephone Number

310.826.6991
Fax Number

****************************************************************

## ORDER

☑ GRANTED        ☐ DENIED     Felicia C. Cannon

8-27-02                       _Lina Stavrou_
Date                          Clerk, United States District Court