```
                                              FILED
                                        U.S. DISTRICT COURT
        IN THE UNITED STATES DISTRICT COURT OF MARYLAND
              FOR THE DISTRICT OF MARYLAND
                    NORTHERN DIVISION       2002 SEP 18  A 11: 11
```

INTERACT ACCESSORIES, INC.,          *

        Plaintiff,          *       Civil Action No.: WMN 02 CV 619
                                 BY_____DEPUTY

vs.          *

ELECTRO SOURCE, LLC and          *
PELICAN ACCESSORIES
                                  *

        Defendants.
                               *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## UNOPPOSED MOTION AND STIPULATION
## TO MODIFY SCHEDULING ORDER

InterAct Accessories, Inc., plaintiff, moves for an order modifying the Scheduling Order. Electro Source, LLC and Pelican Accessories, defendants, do not oppose the motion, and stipulate to the entry of an Order in conformity therewith.

1. InterAct, a distributor of video game accessories, has claimed primarily that some or all versions of the Code Breaker, a video game enhancer sold by defendants for use on the Sony Play Station2 platform, violate the copyrights of InterAct in the Game Shark, its video game enhancer for the same platform. The parties dispute, among other things, the extent of any protection of the Game Shark, by copyright or otherwise, and whether there has been any actionable copying of any portion thereof in any version of the Code Breaker.

2. The parties anticipate there will be extensive and expensive discovery and depositions.

3. The original Scheduling Order was issued by the Court on May 22, 2002. On July 11, 2002, the Court granted a Joint Motion and Stipulation to extend all deadlines in



the Scheduling Order by 60 days. Currently, plaintiff's expert designations would be required by September 20, 2002. Plaintiff is unable to meet that deadline.

4. Plaintiff has been unable to focus on pursuit of this case because of financial concerns. In its second quarter 10-Q filing with the SEC for the quarter ending June 30, 2002, plaintiff's parent company, Recoton Corporation, disclosed that without the consent of its lenders, it may not be able to continue as a going concern. Recoton contended that InterAct played a significant role in creating its financial problems.

5. By a Form 8-K, dated August 28, 2002, Recoton disclosed that it had reached agreement with its lenders to waive any defaults for the present.

6. During the same time frame, InterAct's top management has been completely replaced. InterAct's former President has not been involved in the operation of the company and its General Counsel has resigned. InterAct's efforts during this time have been directed toward reducing the size of its work force, working with consultants engaged by Recoton's lenders, and maintaining relationships with its customers.

7. Because of these issues, and related issues with the joint author of the Game Shark, InterAct has been unable to pursue this litigation, except for exchanging interrogatories and document requests with the defendants.

8. Defendants have agreed to an extension of the deadlines in the Scheduling Order for at least four months.

9. The parties will explore whether this matter can be resolved so they may both avoid the costs of the litigation.

WHEREFORE, given defendants' consent and stipulation, InterAct respectfully requests the Court to modify all deadlines in the Amended Scheduling Order by at least four months, and for such other relief as the nature of the cause may require.

_____
Jerrold A. Thrope, Bar No.: 01376
Ned T. Himmelrich, Bar No.: 11407
Gordon, Feinblatt, Rothman,
Hoffberger & Hollander, LLC
The Garrett Building
233 East Redwood Street
Baltimore, Maryland 21202
410/576-4295

Attorneys for Plaintiff

SO ORDERED this 19th day of September 2002.

_____
Hon. William M. Nickerson

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of September, 2002, a copy of the foregoing Unopposed Motion and Stipulation to Modify Scheduling Order was served via first-class, postage prepaid and electronic mail, to:

Edward M. Buxbaum, Fed. Bar. No. 05015
Steven E. Tiller, Fed. Bar No. 11085
Whiteford, Taylor & Preston L.L.P.
Seven Saint Paul Street
Baltimore, Maryland 21202-1626
410-347-8700
Attorneys for Defendant

Larry C. Russ, Esq.
Russ, August, Kabat & Kent
Suite 1200, 12424 Wilshire Boulevard
Los Angeles, California 90025
310-826-7474
Attorneys for Defendants

Jerrold A. Thrope