IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

INTERACT ACCESSORIES, INC.           *

       Plaintiff           *

v.                                      CIVIL NO. WMN-02-619

                            *

ELECTRO SOURCE, LLC and
PELICAN ACCESSORIES                  *

       Defendant

\*\*\*\*\*\*\*\*\*\*\*\*\*

ORDER

In reviewing the docket in the above entitled case, it appears that no activity has taken place since September 19, 2002. Therefore, it is this 23rd day of April, 2003, by the United States District Court for the District of Maryland,

ORDERED:

1. That the parties file a status report with the Clerk, within 10 days of the date of this Order; and

2. That the Clerk mail or transmit copies to counsel of record.

/s/
William M. Nickerson
Senior United States District Judge