

# GORDON▪FEINBLATT
### ROTHMAN, HOFFBERGER & HOLLANDER, LLC

**JERROLD A. THROPE**
410.576.4295
FAX 410.576.4246
jthrope@gfrlaw.com

ATTORNEYS AT LAW
233 EAST REDWOOD STREET
BALTIMORE, MARYLAND
21202-3332
410.576.4000
www.gfrlaw.com

May 5, 2003

Honorable William M. Nickerson
United States District Court
for the District of Maryland
Garmatz Federal Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

        InterAct Accessories, Inc. v. Electro Source, LLC
        and Pelican Accessories
        Case No.: WMN 02 CV 619

Dear Judge Nickerson:

    I am writing in response to your April 23, 2003 Order directing that the parties submit a status report on this matter.

    The plaintiff, InterAct Accessories, Inc., filed for bankruptcy in the United States District Court for the Southern District of New York on April 8, 2003.

    The plaintiff has agreed to dismiss this action without prejudice and the parties will be filing a stipulation pursuant to Fed. R. Civ. P. 41(a).

                Very truly yours,

                Jerrold A. Thrope

cc:    Steven E. Tiller, Esq.

LTR0703-L166-01
7/11/2002