IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| INTERACT ACCESSORIES, INC., | * | |
| Plaintiff, | * | Civil Action No.   WMN 02 CV 619 |
| vs. | * | |
| ELECTRO SOURCE, LLC and PELICAN ACCESSORIES | * | |
| | * | |
| Defendants. | | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**STIPULATION OF DISMISSAL**
**PURSUANT TO FED. R. CIV. P 41(a)**

The parties, pursuant to Fed. R.Civ. P. 41(a)(1), stipulate to the dismissal of this action without prejudice, each party to bear its own fees and costs.

| | |
|---|---|
| /s/ | /s/ |
| Steven E. Tiller, Fed. Bar No. 11085 | Jerrold A. Thrope, Bar No.: 01376 |
| Edward M. Buxbaum, Fed. Bar. No. 05015 | Ned T. Himmelrich, Bar No.: 11407 |
| Whiteford, Taylor & Preston L.L.P. | (signed by Steven E. Tiller with permission |
| Seven Saint Paul Street |  of Jerrold A. Thrope) |
| Baltimore, Maryland 21202-1626 | Gordon, Feinblatt, Rothman, |
| 410.347.8700 |    Hoffberger & Hollander, LLC |
| *Attorneys for Defendants* | The Garrett Building |
| | 233 East Redwood Street |
| | Baltimore, Maryland  21202 |
| | 410.576.4295 |
| | *Attorneys for Plaintiff* |

Created by docuPrinter trial version  http://docuprinter.net

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 22nd day of May 2003, pursuant to the requirements of the Electronic Case Filing System, a copy of the foregoing Stipulation of Dismissal Pursuant to Fed. R. Civ. P. 41(a) was sent to:

>Jerrold A. Thrope, Esquire
>Ned T. Himmelrich, Esquire
>Gordon, Feinblatt, Rothman,
>  Hoffberger & Hollander, LLC
>The Garrett Building
>233 East Redwood Street
>Baltimore, Maryland  21202
>*Attorneys for Plaintiff*

                                /s/
                        Steven E. Tiller

Created by docuPrinter trial version  http://docuprinter.net