IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| INTERACT ACCESSORIES, INC., | * | |
| Plaintiff, | * | Civil Action No.: WMN 02 CV 619 |
| vs. | * | |
| ELECTRO SOURCE, LLC and PELICAN ACCESSORIES | * | |
| | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \*

**STIPULATION OF DISMISSAL
PURSUANT TO FED. R. CIV. P 41(a)**

The parties, pursuant to Fed. R.Civ. P. 41(a)(1), stipulate to the dismissal of this action without prejudice, each party to bear its own fees and costs.

_/s/_
Steven E. Tiller, Fed. Bar No. 11085
Edward M. Buxbaum, Fed. Bar. No. 05015
Whiteford, Taylor & Preston L.L.P.
Seven Saint Paul Street
Baltimore, Maryland 21202-1626
410.347.8700
*Attorneys for Defendants*

_/s/_
Jerrold A. Thrope, Bar No.: 01376
Ned T. Himmelrich, Bar No.: 11407
(signed by Steven E. Tiller with permission
of Jerrold A. Thrope)
Gordon, Feinblatt, Rothman,
  Hoffberger & Hollander, LLC
The Garrett Building
233 East Redwood Street
Baltimore, Maryland 21202
410.576.4295
*Attorneys for Plaintiff*

" APPROVED " THIS 27th DAY OF May, 2003

SENIOR UNITED STATES DISTRICT JUDGE

Created by docuPrinter trial version  http://docuprinter.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of May 2003, pursuant to the requirements of the Electronic Case Filing System, a copy of the foregoing Stipulation of Dismissal Pursuant to Fed. R. Civ. P. 41(a) was sent to:

>Jerrold A. Thrope, Esquire
>Ned T. Himmelrich, Esquire
>Gordon, Feinblatt, Rothman,
>  Hoffberger & Hollander, LLC
>The Garrett Building
>233 East Redwood Street
>Baltimore, Maryland  21202
>*Attorneys for Plaintiff*

>                          /s/
>             Steven E. Tiller

Created by docuPrinter trial version  http://docuprinter.net